UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STANLEY GENE KONZ, ET AL.,

    Plaintiffs,

v.    Case No. 8:06-cv-863-T-24 EAJ

LARRY F. WARREN, ET AL.,

    Defendants.
_____/

## ORDER

This cause comes before the Court on Plaintiffs' Emergency Motion for Temporary Injunctive Relief. (Doc. No. 14). In this motion, Plaintiffs request that this Court enter an order staying a case in state court in Georgia. Plaintiffs, however, have failed to show that this Court has the authority to enter such an order. For example, Plaintiffs have not addressed the applicability of the Anti-Injunction Act[1] or the Younger abstention doctrine[2]. Furthermore, the Court doubts that it has personal jurisdiction over the non-resident defendants. As such, it is ORDERED AND ADJUDGED that the motion is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 31st day of August, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
Pro Se Plaintiffs

---

[1] The Anti-Injunction Act, 28 U.S.C. § 2283, provides: "A court of the United States may not grant an injunction to stay proceedings in a State court except as expressly authorized by Act of Congress, or where necessary in aid of its jurisdiction, or to protect or effectuate its judgments."

[2] Younger v. Harris, 401 U.S. 37 (1971).