UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STANLEY GENE KONZ, ET AL.,

    Plaintiffs,

v.    Case No. 8:06-cv-863-T-24 EAJ

LARRY F. WARREN, ET AL.,

    Defendants.
_____/

**ORDER**

    This cause comes before the Court on Plaintiffs' Motion for Designation by this Court to Administer Oaths and Take Testimony. (Doc. No. 16). In this motion, Plaintiffs request that this Court enter an order appointing Plaintiff Stanley Gene Konz as a person authorized to take depositions testimony and administer oaths. Since Stanley Gene Konz is a plaintiff in this case, the Court finds that it should not authorize him to take depositions testimony and administer oaths. Therefore, it is ORDERED AND ADJUDGED that the motion is **DENIED**.

    **DONE AND ORDERED** at Tampa, Florida, this 31st day of August, 2006.

*[signature: Susan C. Bucklew]*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
Pro Se Plaintiffs