UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STANLEY GENE KONZ, ET AL.,

    Plaintiffs,

v.                                                       Case No. 8:06-cv-863-T-24 EAJ

LARRY F. WARREN, ET AL.,

    Defendants.
_____/

**ORDER**

    This cause comes before the Court on its own.  Plaintiffs have filed a motion to transfer this case to Northern District of Alabama.  The Court issued an order informing Plaintiffs that if they wished to have this case heard in the Northern District of Alabama without further involvement from this Court, Plaintiffs could dismiss this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a) and re-file the case in the Northern District of Alabama, assuming that the applicable statute of limitations has not expired.  (Doc. No. 38).  Thereafter, Plaintiffs informed the Court that they seek dismissal of this case without prejudice.  (Doc. No. 39).  Counsel for the defendants that have filed an answer in this case (Doc. No. 5) has telephonically notified the Court that these defendants do not object to dismissal of this case without prejudice.

    Accordingly, it is ORDERED AND ADJUDGED that this case is **DISMISSED WITHOUT PREJUDICE**, and the Clerk is directed to **CLOSE** this case and terminate all pending motions.

    **DONE AND ORDERED** at Tampa, Florida, this 3rd day of October, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
Pro Se Plaintiffs